IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JENNIFER LINN JOHNSON, | ) | Civil Action No. 5:24-cv-01298-GTS-MJK |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
| | ) | |
| FRANK BISIGNANO, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| *Defendant* | ) | Stipulation – Document Filed Electronically |

**Consent Order for Payment of Fees under the Equal Access to Justice Act**

IT IS HEREBY STIPULATED by and between Geoffrey M. Peters, Special Assistant United States Attorney, for JOHN A. SARCONE, III, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin Goldstein, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **seven thousand and six hundred and sixty-four dollars and sixty-nine cents ($7,664.69)**, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$0.00**, as the case was filed *in forma pauperis*.

Dated: June 25, 2025

| | |
|---|---|
| Frank Bisignano, | Jennifer Linn Johnson, |
| Commissioner of | |
| Social Security | |
| | |
| By His Attorneys, | By Her Attorney, |

John A. Sarcone, III,
United States Attorney

| | |
|---|---|
| */s/ Geoffrey M. Peters* | */s/ Justin M. Goldstein* [1] |
| Geoffrey M. Peters | Justin M. Goldstein, Esq. |
| Special Assistant United States Attorney | Law Offices of Kenneth Hiller, PLLC |
| NY Bar Roll No. 704027 | 6000 North Bailey Avenue - Suite 1A |
| Social Security Administration | Amherst, NY 14226 |
| Office of Program Litigation, Office 2 | Phone: 716-564-3288 |
| Office of the General Counsel | Fax: 716-332-1884 |
| 6401 Security Blvd | Email: jgoldstein@kennethhiller.com |
| Baltimore, MD 21235 | |
| Tel.: (212) 264-1298 | |

**SO ORDERED:**

_____
Glenn T. Suddaby
U.S. District Judge

Dated: August 18, 2025

---

[1] Signed by SAUSA Peters with Mr. Goldstein's consent obtained via email on August 15, 2025.